# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID J. GOTSHALL,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　**Case No:   6:13-cv-369-Orl-31DAB**

**CITY OF TITUSVILLE,**

        **Defendant.**

_____

## ORDER

This matter comes before the Court on the Motion to Dismiss the Complaint ("Motion") (Doc. 41) filed by the Defendant on December 10, 2013. This Court's Local Rule 3.01(b) gave the Plaintiff fourteen days after service of the Motion to respond in opposition. The Plaintiff has failed to respond to the Motion; it will therefore be considered unopposed.

The Motion seeks dismissal of the case pursuant to Federal Rule of Civil Procedure 25(a)(1) and this Court's Order (Doc. 40) for failure to move to substitute the plaintiff within ninety (90) days following a suggestion of death. No such motion has been filed in this case. In consideration of the foregoing, it appearing that the Motion meritorious and unopposed, it is hereby **ORDERED** that the Motion (Doc. 41) is **GRANTED**. The case is **DISMISSED** and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 10, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party